| AO 10 Rev. 1/2015 | **FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015** | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Durkin, Thomas M. | U.S. District Court - Northern District of Illinois | 08/12/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge - active | ☐ Nomination ☐ Initial ☑ Annual Date ☐ Final <br> 5b. ☑ Amended Report | 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

Dirksen Federal Building
219 S. Dearborn
Chicago, IL 60604

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Co-trustee | ▓▓▓▓▓▓▓▓ |
| 2. | Co-trustee | ▓▓▓▓▓▓▓▓ |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2015-16 | received further return of partnership capital contribution from Mayer Brown LLP; repaid over-payment of $39,472; possible further return of $1,829 |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Durkin, Thomas M. | 08/12/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Durkin, Thomas M. | 08/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CD Firstbank Puerto Rico | A | Interest | | | Redeemed | 02/09/15 | M | A | |
| 2. CD American Express Centuri | B | Interest | M | T | | | | | |
| 3. CD General Electric Capital Bank - 0.7% | A | Interest | K | T | | | | | |
| 4. CD General Electric Capital Bank - 1.0% | B | Interest | M | T | | | | | |
| 5. IShares Russell 1000 Growth | C | Dividend | N | T | Buy | 07/14/15 | K | | |
| 6. IShares Russell 1000 Growth | C | Dividend | N | T | Buy | 08/24/15 | J | | |
| 7. IShares Russell 1000 Growth | C | Dividend | N | T | Sold (part) | 06/17/15 | J | A | |
| 8. IShares Russell 1000 Value | D | Dividend | M | T | Buy | 07/14/15 | K | | |
| 9. IShares Russell 1000 Value | D | Dividend | M | T | Buy | 08/24/15 | J | | |
| 10. IShares Russell 1000 Value | D | Dividend | M | T | Sold (part) | 06/17/15 | J | A | |
| 11. IShares Russell Midcap Growth | B | Dividend | M | T | Buy | 07/14/15 | J | | |
| 12. IShares Russell Midcap Growth | B | Dividend | M | T | Buy | 08/24/15 | K | | |
| 13. IShares Russell Midcap Value | C | Dividend | M | T | Buy | 07/14/15 | J | | |
| 14. IShares Russell Midcap Value | C | Dividend | M | T | Buy | 08/24/15 | J | | |
| 15. IShares Gold Trust | | None | K | T | Buy | 08/26/15 | J | | |
| 16. IShares Silver Trust | | None | | | Sold | 08/26/15 | J | A | |
| 17. Chase accounts (various cash accounts) | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Durkin, Thomas M. | 08/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Northern Trust account (cash account) | | None | J | T | | | | | |
| 19. Nikrud LLC | | None | J | T | | | | | |
| 20. JP Morgan Growth | A | Dividend | | | Sold (part) | 08/18/15 | J | A | |
| 21. JP Morgan Growth | A | Dividend | | | Sold | 09/14/15 | J | A | |
| 22. Investco American Franchise Fund | C | Dividend | L | T | | | | | |
| 23. Merrill Lynch Bank Deposit Program (cash account) | B | Interest | L | T | | | | | |
| 24. New Jersey Economic Dev, NJ Revenue Muni Bond | B | Interest | | | Redeemed | 03/02/15 | K | | |
| 25. Toledo Ohi Cap IMPT, OH General Obligation Muni Bond | B | Interest | | | Redeemed | 12/01/15 | K | A | |
| 26. Grapevine Texas Muni Bond | A | Interest | K | T | | | | | |
| 27. Aiken Cnty SC Cons Sch Bond | B | Interest | K | T | | | | | |
| 28. Eagle Garfld CO SD RE 50J Bond (0.5%) | B | Interest | K | T | | | | | |
| 29. Richland Cnty SC Muni Bond | A | Interest | K | T | | | | | |
| 30. Eagle Garfld Co SD RE50J Bond | B | Interest | K | T | | | | | |
| 31. AUD Australian Govt, Australian Bond Taxable | C | Interest | | | Redeemed | 04/15/15 | K | | |
| 32. CD Bank of Baroda | A | Interest | | | Redeemed | 02/17/15 | M | | |
| 33. CD First Niagra Bank | A | Interest | | | Redeemed | 11/16/15 | M | | |
| 34. CD Key Bank Natl Assn, Cleveland | A | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Durkin, Thomas M. | 08/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. CD Sallie Mae Bank/Salt | B | Interest | M | T | | | | | |
| 36. CD Goldman Sachs Bk USA (1.0%) | B | Interest | L | T | | | | | |
| 37. CD Discover Bank, Greenwood (1.45%) | C | Interest | M | T | | | | | |
| 38. Cook Cnty Ill Sch Dist 83 Municipal Bond | B | Interest | K | T | | | | | |
| 39. ISHARES S&P Small Cap 600 Growth | A | Dividend | L | T | Buy | 08/26/15 | J | | |
| 40. ISHARES S&P Small Cap 600 Value | A | Dividend | L | T | Buy | 08/26/15 | J | | |
| 41. Washington St Motor Bond | B | Interest | K | T | | | | | |
| 42. Colorado St Brd Gov Unv Bond | C | Interest | L | T | | | | | |
| 43. Oklahoma St Wtr Res Brd Bond | A | Interest | K | T | | | | | |
| 44. Atlanta GA RF AGC Bond | B | Interest | K | T | | | | | |
| 45. Galveston Cnty Tex Pass Bond | A | Interest | K | T | | | | | |
| 46. SPDR S&P ETF Trust | A | Dividend | | | Sold | 09/15/15 | J | A | |
| 47. ISHARES Russell 2000 ETF | A | Dividend | | | Sold | 03/15/15 | J | A | |
| 48. ISHARES MSCI EAFE ETF | A | Dividend | | | Sold | 09/16/15 | J | A | |
| 49. American Century Value Fund | A | Dividend | | | Sold (part) | 08/18/15 | J | A | |
| 50. American Century Value Fund | A | Dividend | | | Sold | 09/14/15 | J | A | |
| 51. Blackrock FDS | A | Dividend | | | Sold | 09/14/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Durkin, Thomas M. | 08/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Blackrock Inter Index Fund | A | Dividend | | | Sold | 09/14/15 | J | A | |
| 53. Delaware Group Emerging | A | Dividend | | | Sold | 08/18/15 | J | A | |
| 54. Dodge & Cox Funds International | A | Dividend | | | Sold | 09/15/15 | J | A | |
| 55. Dodge & Cox Income Fund | A | Dividend | | | Sold | 09/14/15 | J | A | |
| 56. Federated Institutional High | A | Dividend | | | Sold (part) | 08/18/15 | J | A | |
| 57. Federated Institutional High | A | Dividend | | | Sold | 09/14/15 | J | A | |
| 58. Goldman Sachs Small Cap | A | Dividend | | | Sold | 03/03/15 | J | A | |
| 59. Goldman Sachs Emerging Mkts | A | Dividend | | | Sold | 06/02/15 | J | A | |
| 60. John Hancock Income Fund | A | Dividend | | | Sold | 09/14/15 | J | A | |
| 61. Oakmark Fund | A | Dividend | | | Sold (part) | 08/18/15 | J | A | |
| 62. Oakmark Fund | A | Dividend | | | Sold | 09/14/15 | J | A | |
| 63. JP Morgan IT US Equity I | A | Dividend | | | Sold | 08/18/15 | J | A | |
| 64. JP Morgan TR II Core | A | Dividend | | | Sold | 09/14/15 | J | A | |
| 65. JP Morgan TR I Mid Cap | A | Dividend | | | Sold | 09/14/15 | J | A | |
| 66. JP Morgan TR 1 Small Cap | A | Dividend | | | Sold | 09/14/15 | J | A | |
| 67. JP Morgan TR II High Yield | A | Dividend | | | Sold | 09/14/15 | J | A | |
| 68. JP Morgan Short Duration Bond | A | Dividend | | | Sold | 09/14/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Durkin, Thomas M. | 08/12/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. JP Morgan TR I International | A | Dividend | | | Sold | 04/27/15 | J | A | |
| 70. Massachusetts Investors | A | Dividend | | | Sold (part) | 08/18/15 | J | A | |
| 71. Massachusetts Investors | A | Dividend | | | Sold | 09/14/15 | J | A | |
| 72. MFS Ser TR X Emerging Markets | A | Dividend | | | Sold | 06/02/15 | J | A | |
| 73. MFS Research International | A | Dividend | | | Sold | 09/14/15 | J | A | |
| 74. T Rowe Price New Income Fund | A | Dividend | | | Sold | 09/14/15 | J | A | |
| 75. Vanguard Short Term Bond | A | Dividend | | | Sold | 09/14/15 | J | A | |
| 76. Wells Fargo Advantage Funds | A | Dividend | | | Sold | 08/18/15 | J | A | |
| 77. Franklin Moderate Allocation | A | Dividend | J | T | | | | | |
| 78. Dodge & Cox Funds International | A | Dividend | | | Sold | 09/15/15 | J | A | |
| 79. Goldman Sachs Small Cap | A | Dividend | | | Sold | 03/03/15 | J | A | |
| 80. Pimco Short Term Fund | A | Dividend | | | Sold (part) | 06/02/15 | J | A | |
| 81. Pimco Short Term Fund | A | Dividend | | | Sold | 09/14/15 | J | A | |
| 82. JPM IT COR BD 1 (part of annuity) | | None | M | T | | | | | |
| 83. NW NVIT MNY MKT 1 (part of annuity) | | None | L | T | | | | | |
| 84. JPM IT Intreped MDCAP I (part of annuity) | | None | J | T | | | | | |
| 85. JPM IT US EQ I (part of annuity) | | None | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Durkin, Thomas M. | 08/12/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. CD Compass Bank, Birmingham, AL | A | Interest | M | T | Buy | 11/30/15 | M | | |
| 87. CD Ally Bank, Midvale VT | A | Interest | M | T | Buy | 02/26/15 | M | | |
| 88. CD Goldman Sachs BK USA, New York, NY 1.25% | A | Interest | M | T | Buy | 02/11/15 | L | | |
| 89. CD Discover BK, Greenwood, DE (1.2%) | A | Interest | L | T | Buy | 02/11/15 | L | | |
| 90. Wisdomtree Trust Japan Hedged Equity FD | A | Dividend | | | Buy | 06/12/15 | J | | |
| 91. Wisdomtree Trust Japan Hedged Equity FD | A | Dividend | | | Buy | 08/20/15 | J | | |
| 92. Wisdomtree Trust Japan Hedged Equity FD | A | Dividend | | | Sold | 09/16/15 | J | A | |
| 93. Iowa Fin Authority Rev Revolving FD | A | Interest | L | T | Buy | 12/03/15 | L | | |
| 94. Honolulu, Hawaii City & Cnty Ser B RF | C | Interest | L | T | Buy | 09/02/15 | L | | |
| 95. T Rowe Price New Asia Fund | A | Dividend | | | Buy | 03/03/15 | J | | |
| 96. T Rowe Price New Asia Fund | A | Dividend | | | Sold | 09/04/15 | J | A | |
| 97. Columbia FDS Ser TR II Mass Asia Pacific FX Japan FD CL | A | Dividend | | | Buy | 03/03/15 | J | | |
| 98. Columbia FDS Ser TR II Mass Asia Pacific FX Japan FD CL | A | Dividend | | | Sold | 09/04/15 | J | A | |
| 99. Deutsche X Teachers MSCI EAFE Hedged Equity ETF | A | Dividend | | | Buy | 04/14/15 | J | | |
| 100. Deutsche X Teachers MSCI EAFE Hedged Equity ETF | A | Dividend | | | Sold | 09/15/15 | J | A | |
| 101. MFS Research International FD CL I | A | Dividend | | | Buy | 04/27/15 | J | | |
| 102. MFS Research International FD CL I | A | Dividend | | | Sold | 09/14/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | P2 =$5,000,001 - $25,000,000 |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Durkin, Thomas M. | 08/12/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Mainstay High Yield Corporate Bond Fund CL I | A | Dividend | | | Buy | 06/02/15 | J | | |
| 104. Mainstay High Yield Corporate Bond Fund CL I | A | Dividend | | | Sold | 09/14/15 | J | A | |
| 105. Blackrock FDS High Yield BD Portfolio | A | Dividend | | | Buy | 06/02/15 | J | | |
| 106. Blackrock FDS High Yield BD Portfolio | A | Dividend | | | Sold | 09/11/15 | J | A | |
| 107. Brown Advisory FDS WMC Strategic European | A | Dividend | | | Buy | 08/18/15 | J | | |
| 108. Brown Advisory FDS WMC Strategic European | A | Dividend | | | Sold | 09/14/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Durkin, Thomas M. | 08/12/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Durkin, Thomas M. | 08/12/2016 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Thomas M. Durkin**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544